AFFIDAVIT OF SERVICE UPON A CORPORATION

INDEX # 08CIV 6563
Purchased 07/24/08

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

GWERTZMAN, ET AL
80 Broad Street 16th
NEW YORK
NY 10004

Lexington Insurance Company As Subrogee Of Bp/Cg Center I Llc Etc

- against -

Lochinvar Corporation South Erie Production Company Dba Sepco-Erie And S Digiacomo & Son Inc

(212) 968-1001

Atty File # X25-4467-Y         Record # 124723         File # 10

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Harry Torres-Lic#0915257 being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York:

That on 07/30/08 at 12:56pm at 386 Park Avenue S Ste 1500 New York Ny deponent served the within Summons & Complaint In A Civil Action & Rule 7.1 Disc Stmnt by personally delivering to and leaving with Charlene Spence for S Digiacomo & Son Inc a true copy thereof, and that deponent knew the person so served to be the Receptionist/Mgt.Agt. and stated (s)he was authorized to accept legal papers for the corporation.

A description of the person served is as follows:

Approx Age: 40 Years   Approx Weight: 120 Lbs.   Approx Height: 5'2"
Sex: Female   Color of Skin: Black   Color of Hair: Black
Other:

Sworn to before me this 07/31/08
Jeffrey Wittenberg #41-4906457
Notary Public, State of New York
Nassau County, Commission Expires 08/22/10

Harry Torres-Lic#0915257

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812