X 25-4467 SHERIFF'S RETURN - REGULAR

CASE NO: 2008 25446 M

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF ERIE

LEX INS CO

        VS

SOUTH ERIE PRODUCTION

ROGER GUNESCH, Deputy Sheriff of ERIE County, Pennsylvania, who being duly sworn according to law, says, the within SUMMONS/COMPLAINT was served upon SOUTH ERIE PRODUCTION the DEFENDANT, at 1120:00 Hour, on the 6th day of August, 2008 at 1221 ROBINSON ROAD ERIE, PA 16509 by handing to KERRY LEWIS, ADM ASST a true and attested copy of SUMMONS/COMPLAINT together with

and at the same time directing Her attention to the contents thereof.

Additional Comments
APROX AGE: 35-50, APROX HEIGHT:5'-5'3'', APROX WEIGHT: 100-130
SKIN COLOR: WHITE, HAIR COLOR: BROWN

| Sheriff's Costs: | | So Answers: |
|---|---|---|
| Docketing | 79.00 | *[signature]* |
| Service | .00 | Bob Merski, Sheriff of Erie County |
| Affidavit | .00 | |
| Surcharge | .00 | By |
| | .00 | Deputy Sheriff |
| | 79.00 | 08/05/2008 |
| | | GWERTZMAN LEFKOWITZ & BURMAN |

Sworn and Subscribed to before me this 8th day of August 2008 A.D.

*[signature]*
Notary

NOTARIAL SEAL
BARBARA D. TURNER, Notary Public
City of Erie, Erie County
My Commission Expires April 7, 2011

*State of Pennsylvania*

*County of Erie County Clerk of Records*

I, Patrick L. Fetzner, Prothonotary of the Court of Common Pleas, in and for the County aforesaid, the same being a Court of Record, having a Seal, to certify that Barbara Turner, whose name is subscribed to the certificate of proof or acknowledgment of the annexed instrument, was at the time of taking such proof or acknowledgment a Notary residing in Erie County, Pa., duly authorized to take acknowledgments of deeds, administer oaths, etc., in and for said County, duly commissioned, sworn and qualified, and to all whose acts as such full faith and credit are due, and that the same is executed agreeably to the laws of Pennsylvania, and further, that I am acquainted with the handwriting of said Barbara Turner, and verily believe that the signature thereto is genuine. I also certify that the impression of the Notarial Seal is not required by law to be filed in this office.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of the said Court, at Erie, Pennsylvania, this 8th day of August, 2008.

Patrick L. Fetzner, Clerk of Records
Prothonotary Office

