UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY as subrogee
of BP/CG CENTER I, LLC, BP/CG CENTER II, LLC
CITIGROUP CENTER CONDOMINIUM and all          **RULE 7.1 STATEMENT**
Other named insureds under policy number 8753820,

                Plaintiffs,          Docket No.: 08 CIV 6563

    -against-

LOCHINVAR CORPORATION, SOUTH ERIE
PRODUCTION COMPANY doing business as
SEPCO-ERIE and S. DIGIACOMO & SON, INC.,

                Defendants.
------------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, LOCHINVAR CORPORATION, certifies as follows:

       1.  LOCHINVAR CORPORATION is a privately owned corporation.  It has no parent corporation.  It is not publicly traded.

Dated: August 18, 2008
       White Plains, New York

                              Yours, etc.,

                              RENDE, RYAN & DOWNES, LLP.

                              By:   /S
                                ROLAND T. KOKE (RK 1068)
                              Attorneys for Defendant
                              LOCHINVAR CORPORATION
                              202 Mamaroneck Avenue
                              White Plains, New York 10601
                              (914) 681-0444

To:    GWERTZMAN, LEFKOWITZ,
BURMAN, SMITH & MARCUS
Attorneys for Plaintiffs
80 Broad Street-16th Floor
New York, New York 10004
Attention; David S. Smith
212-968-1001