UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY as subrogee of            Case No.: 08 CV 6563
BP/CG Center I, LLC, BP/CG II, LLC, Citigroup Center
Condominium, and all other named insureds under policy
number 8753820,

         Plaintiffs,   **NOTICE OF APPEARANCE**

  -against-


LOCHINVAR CORPORATION, SOUTH ERIE
PRODUCTION COMPANY doing business as SEPCO-
ERIE and S. DIGIACOMO & SON, INC.,

------------------------------------------------------------------------X


**To the Clerk of the Court and all parties of record:**

PLEASE TAKE NOTICE, that Defendant S. DiGiacomo & Son, Inc., hereby appears in this action, and that the undersigned law firm has been retained as attorneys for said defendant.

PLEASE TAKE FURTHER NOTICE, that the undersigned attorney, Beth L. Rex, appears as lead counsel in this case for S. DiGiacomo & Son, Inc. I certify I am admitted to practice in this Court.

Dated: New York, New York
   August 27, 2008

             FRENCH & RAFTER, LLP

        BY: _/s/ Beth L. Rex_
             Beth L. Rex, Esq. (BLR 2025)
             Attorneys for Defendant
             **S. DiGiacomo & Son, Inc.**
             29 Broadway, 27th Floor
             New York, New York 10006
             212-797-3544
             File No.: 8400.1152

TO:

David Scott Smith, Esq.
Gwertzman Lefkowitz Burman Smith & Marcus
Attorneys for Plaintiffs
80 Broad Street – 16th Floor
New York, New York 10004
(212) 968-1001

Roland Theodoor Koke, Esq.
Rende, Ryan & Downes, LLP
Attorneys for Defendants
LOCHINVAR CORPORATION,
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 681-0444

SOUTH ERIE PRODUCTION COMPANY
d/b/a SEPCO-ERIE
1221 Robinson Road
Erie, PA 16509

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          )ss:
COUNTY OF NEW YORK   )

**SANDY PEÑA**, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Queens County, New York.

That on August 27, 2008, deponent served the within **NOTICE OF APPEARANCE** upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York to:

David Scott Smith, Esq.
Gwertzman Lefkowitz Burman
Smith & Marcus
Attorneys for Plaintiffs
80 Broad Street – 16th Floor
New York, New York 10004
(212) 968-1001

Roland Theodoor Koke, Esq.
Rende, Ryan & Downes, LLP
Attorneys for Defendants
LOCHINVAR CORPORATION,
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 681-0444

SOUTH ERIE PRODUCTION COMPANY
d/b/a SEPCO-ERIE
1221 Robinson Road
Erie, PA 16509

_____
SANDY PEÑA

Sworn to before me this
27TH day of August, 2008

_____
NOTARY PUBLIC

BETH REX
Notary Public, State of New York
N0. 31-4928883
Qualified in New York County
Commission Expires April 4, 20__

Case No.: 08 CV 6563

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEXINGTON INSURANCE COMPANY as subrogee of BP/CG Center I, LLC, BP/CG II, LLC, Citigroup Center Condominium, and all other named insureds under policy number 8753820,

                              Plaintiffs,

-against-

LOCHINVAR CORPORATION, SOUTH ERIE PRODUCTION COMPANY doing business as SEPCO-ERIE and S. DIGIACOMO & SON, INC.,

---

### NOTICE OF APPEARANCE

---

### FRENCH & RAFTER, LLP

*Attorneys for Defendant*

S. DiGiacomo & Son, Inc.

**29 BROADWAY
NEW YORK, NEW YORK 10006
TELEPHONE (212) 797-3544**