UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

LEXINGTON INSURANCE COMPANY as subrogee of
BP/CG Center I, LLC, BP/CG II, LLC, Citigroup Center
Condominium, and all other named insureds under policy
number 8753820,

                             Plaintiffs,

          -against-

LOCHINVAR CORPORATION, SOUTH ERIE
PRODUCTION COMPANY doing business as SEPCO-
ERIE and S. DIGIACOMO & SON, INC.,

-------------------------------------------------------------------X

Case No.: 08 CV 6563
(GBD (THK)

**ANSWER TO
<u>CROSS-CLAIMS</u>**

      Defendant, **S. DIGIACOMO & SON, INC.**, by its attorneys, FRENCH & RAFTER,

LLP, as and for its Answer to Defendant **LOCHINVAR CORPORATION'S** Cross-Claims, alleges

as follows:

### AS AND FOR A RESPONSE TO THE FIRST CROSS-CLAIM

1.      Denies the allegations contained in paragraphs designated "30", and "31".

### AS AND FOR A RESPONSE TO THE SECOND CROSS-CLAIM

2.      Denies the allegations contained in paragraphs designated "32", "33", and "34".

      **WHEREFORE**, Defendant **S. DiGiacomo & Son, Inc.** demands judgment dismissing the

Cross-Claims of Defendant **Lochinvar Corporation** in this action, together with the costs and

disbursements of this action.

Dated: New York, New York
       August 27, 2008

Yours, etc.,

FRENCH & RAFTER, LLP

BY: _____

Beth Rex (BR 2025)
Attorneys for Defendant
**S. DiGiacomo & Son, Inc.**
29 Broadway, 27th Floor
New York, New York 10006
(212) 797-3544
File No.: 8400.1152

TO:

David Scott Smith, Esq.
Gwertzman Lefkowitz Burman Smith & Marcus
Attorneys for Plaintiffs
80 Broad Street – 16th Floor
New York, New York 10004
(212) 968-1001

Roland Theodoor Koke, Esq.
Rende, Ryan & Downes, LLP
Attorneys for Defendants
LOCHINVAR CORPORATION,
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 681-0444

SOUTH ERIE PRODUCTION COMPANY
d/b/a SEPCO-ERIE
1221 Robinson Road
Erie, PA 16509

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                             )ss:
COUNTY OF NEW YORK   )

      **SANDY PEÑA**, being duly sworn, deposes and says:

      That I am not a party to the within action, am over 18 years of age and reside in Queens County, New York.

      That on August 27, 2008, deponent served the within **ANSWER TO CROSS-CLAIMS** upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York to:

David Scott Smith, Esq.
Gwertzman Lefkowitz Burman
Smith & Marcus
Attorneys for Plaintiffs
80 Broad Street – 16th Floor
New York, New York 10004
(212) 968-1001

Roland Theodoor Koke, Esq.
Rende, Ryan & Downes, LLP
Attorneys for Defendants
LOCHINVAR CORPORATION,
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 681-0444

SOUTH ERIE PRODUCTION COMPANY
d/b/a SEPCO-ERIE
1221 Robinson Road
Erie, PA 16509

_____
SANDY PEÑA

Sworn to before me this
27TH day of August, 2008

_____
NOTARY PUBLIC

BETH REX
Notary Public, State of New York
NO. 31-4928883
Qualified in New York County
Commission Expires April 4, 20 10

Case No.: 08 CV 6563

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEXINGTON INSURANCE COMPANY as subrogee of BP/CG Center I, LLC,
BP/CG II, LLC, Citigroup Center Condominium, and all other named insureds under
policy number 8753820,

        Plaintiffs,

  -against-


LOCHINVAR CORPORATION, SOUTH ERIE PRODUCTION COMPANY doing
business as SEPCO-ERIE and S. DIGIACOMO & SON, INC.,

---

### ANSWER TO CROSS-CLAIMS

---

## FRENCH & RAFTER, LLP

*Attorneys for Defendant*

S. DiGiacomo & Son, Inc.


## 29 BROADWAY
## NEW YORK, NEW YORK 10006
## TELEPHONE (212) 797-3544