UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY as subrogee
of BP/CG CENTER I, LLC, BP/CG CENTER II, LLC
CITIGROUP CENTER CONDOMINIUM and all other
named insureds under policy number 8753820,

                **ANSWER TO**
                **CROSS CLAIMS**

                Plaintiffs,

                Docket No.: 08 CIV 6563

     -against-

LOCHINVAR CORPORATION, SOUTH ERIE
PRODUCTION COMPANY doing business as
SEPCO-ERIE and S. DIGIACOMO & SON, INC.,

                Defendants.
-------------------------------------------------------------------------X

       Defendant, LOCHINVAR CORPORATION, by their attorneys, RENDE, RYAN &

DOWNES, LLP, answering the Cross Claims of defendant, S. DIGIACOMO & SONS, INC.'S herein

upon information and belief:

       1. Denies each and every allegation contained in the paragraphs designated "30" and "31"

thereof.

       WHEREFORE, the defendant, LOCHINVAR CORPORATION, demands judgment against

the co-defendant on the Cross Claim plus interest, and against the plaintiff and co-defendants for costs

and disbursements.

Dated: August 28, 2008
       White Plains, New York

                              Yours, etc.,

                              RENDE, RYAN & DOWNES, LLP.

                              By: _____/S_____
                                  ROLAND T. KOKE (RK 1068)
                              Attorneys for Defendant
                              LOCHINVAR CORPORATION
                              202 Mamaroneck Avenue
                              White Plains, New York 10601
                              (914) 681-0444

To:   GWERTZMAN, LEFKOWITZ,
      BURMAN, SMITH & MARCUS
      Attorneys for Plaintiffs
      80 Broad Street-16[th] Floor
      New York, New York 10004
      Attention; David S. Smith
      212-968-1001

      FRENCH & RAFTER, LLP
      Attorneys for Defendant
      S. DiGIACOMO & SONS, INC.
      29 Broadway, 27th Floor
      New York, New York
      Attention: Beth L. Rex, Esq. 10006
      212-797-3544
      File No.: 8400.1152

**CERTIFICATE OF SERVICE**

    This is to certify that on August 18, 2008, a copy of the foregoing **ANSWER TO CROSS-CLAIMS** was served on the following counsel of record via electronic filing:

GWERTZMAN, LEFKOWITZ,
BURMAN, SMITH & MARCUS
Attorneys for Plaintiffs
80 Broad Street-16th Floor
New York, New York 10004
Attention; David S. Smith
212-968-1001

FRENCH & RAFTER, LLP
Attorneys for Defendant
S. DiGIACOMO & SONS, INC.
29 Broadway, 27th Floor
New York, New York
Attention: Beth L. Rex, Esq. 10006
212-797-3544
File No.: 8400.1152


/S
ROLAND T. KOKE (RK1068)
Attorneys for Defendant
LOCHINVAR CORPORATION
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 681-0444