

# WILSON COUNTY SHERIFF DEPARTMENT

**TERRY ASHE**
SHERIFF
444-1412

DATE: __8/7/08__

I hereby certify that I, __DAVID Begarly__, do hereby confirm that all the information on the proof of service is true and correct and that said civil paper (was) or (was not) served on this __7__ day of __August__, 20__08__.

_David Begarly #316_
Deputy Sheriff

Signed before me this __7__ day of __August__, 20__08__.

_Ray Webber_
Notary

[Notary Seal: RAY WEBBER, STATE OF TENNESSEE NOTARY PUBLIC, WILSON COUNTY]

My commission expires: __11-28-2011__

Docket #: __X254467Y__

Additional information, if any, list below:
Lex Ins. Co. vs. Lochinvar, Inc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERIFF'S FILE NO.

LEXINGTON INSURANCE COMPANY as subrogee of BP/CG CENTER I, LLC
BP/CG CENTER II, LLC CITIGROUP CENTER CONDOMINIUM

Plaintiff(s)/Petitioner(s)

-against-

LOCHINVAR CORPORATION, SOUTH ERIE PRODUCTION COMPANY
doing business as SEPCO-ERIE and S. DIGIACOMO & SON, INC.

Defendant(s)/Respondent(s)    TN   Wilson

AFFIDAVIT OF SERVICE

STATE OF           : COUNTY OF           ss:

DAVID BEGARLY _____, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and is employed by the Wilson County Sheriff's Department, 105 R. High St, Lebanon TN

That on Aug 7, 2008, at 10 A.M. at _____, deponent served the within Summons on Lochinvar, defendant named therein, in the following manner:

1. **INDIVIDUAL**
   By delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

2. **CORPORATION**
   A ___ domestic; ___ foreign corporation, by delivering thereat a true copy of each to __Lochinvar__ personally; deponent knew said corporation so served to be the corporation described therein as defendant and on information and belief, said was an: ___ officer; ___ managing agent; ___ director; ___ general agent; ___ cashier; ___ assistant cashier; ___ other agent (appointed, designated or by law) thereof.

3. **SUITABLE AGE PERSON**
   By delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's: ___ actual place of business; ___ dwelling place; ___ usual place of abode; within the state.

4. **AFFIXING TO DOOR** (Nail & Mail)
   By affixing a true copy of each to the door of the defendant's ___ actual place of business; ___ dwelling place; ___ usual place of abode; within the state. Deponent was unable, with due diligence, to find defendant or a person of suitable age and discretion thereat after the following attempts:

|          | Attempt 1 | Attempt 2 | Attempt 3 | Attempt 4 |
|----------|-----------|-----------|-----------|-----------|
| Date:    |           |           |           |           |
| Day:     |           |           |           |           |
| Time:    |           |           |           |           |
| Address: |           |           |           |           |

1. _____
2. _____

**MAILING**        (USE WITH 1 OR 2)    (MUST BE WITHIN 20 DAYS OF DELIVERY OF PAPERS)

____ Deponent also mailed on _____, 19___ a copy of same by depositing a copy of same in a postpaid sealed wrapper properly addressed to defendant at:
____ defendant's last known residence;
____ defendant's actual place of business, by first class mail, in an envelope bearing the legend "Personal & Confidential" and not indicating that the communication was from an attorney or concerns an action against the defendant and deposited same in a post office or official depository of the United States Postal Service within New York State.

**DESCRIPTION**    (USE WITH 1, 2 OR 3)

Deponent describes the individual served as follows:

| SEX | SKIN COLOR | HAIR COLOR | APPROX. AGE | APPROX. WEIGHT | APPROX. HEIGHT |
|-----|------------|------------|-------------|----------------|----------------|
| ___ | _____ | _____ | ____ YRS. | ____ LBS. | ___ FT. ___ IN. |

OTHER IDENTIFYING FEATURES: (e.g., glasses, mustache, beard, etc.) _____

**Statutory Fee**
____ At the time of service, a statutory service fee of $_____ was also left with the person mentioned and described therein.

**Military Service**
____ On information and belief, defendant is not in the military service of New York State or the United States. The person I spoke to indicated that defendant was not in the active military service of the United States or New York State; defendant wore civilian clothes.

____ Additional Information _____

_David Begarly #316_
Sign Above and Print Name below
DAVID Begarly
Deputy Sheriff Badge No. __316__

Sworn to before me this
___ day of _____, 19___

_____
Notary Public

80-82(2)